| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

__Eastern__  District of __New york__
                        (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
      04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

DET MEDICAL P.C.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

DET MEDICAL ,   D.E.T. MEDICAL

**3. Debtor's federal Employer Identification Number (EIN)**

1 1 - 3 5 8 4 8 3 2

**4. Debtor's address**

**Principal place of business**

175-67   Hillside   Avenue
Number      Street

Jamaica        NY     11432
City               State    ZIP Code

USA
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City               State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City               State    ZIP Code

**5. Debtor's website (URL)**

| Debtor | DET MEDICAL P.C. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: PROFESSIONAL CORPORATION _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6 2 2 1 __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District  Eastern  When  05/24/2022  Case number  22-41117

                                   MM / DD / YYYY

            District _____  When _____  Case number _____

                               MM / DD / YYYY

Debtor    DET  MEDICAL  P.C.
_____    Case number (if known)_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____

MM  /  DD  / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
Number        Street

_____

City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone    _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | DET MEDICAL P.C. | Case number (if known) |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02  14/2023
              MM / DD / YYYY

X _____          ERROL THOMPSON
Signature of authorized representative of debtor          Printed name

Title  PRESIDENT/OWNER

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                    MM   / DD / YYYY

Printed name _____

Firm name _____

Number        Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                          Chapter 11
---------------------------------------------------------------------X

IN RE:                                                Case No


DET MEDICAL P.C.

          Debtor .


---------------------------------------------------------------X


## CORPORATE DISCLOSURE STATEMENT


   The undersigned hereby  certifies that debtor is a non-governmental corporate entity  and does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.


Dated: 02/14/23 2023



                            Errol  Thompson  - President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                                    Chapter 11
-------------------------------------------------------------X

IN RE:                                                          Case No


DET MEDICAL P.C.

            Debtor .
-------------------------------------------------------------X`

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1)and 7007.1, and LBR 1007-4

I am the president of the corporation DET MEDICAL P.C.  and I have personal knowledge of the matters set forth in this Statement. Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.

_____    There are no corporations that directly owns 10% or more of any class of debtor's equity interest:

_____    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:


1. _____N/A_____
2. _____N/A_____
3. _____N/A_____


                        _____
                        Name:   Errol  Thompson,  President
                        Address: 175-67 Hillside Avenue,
                                 Jamaica, NY 11432
                                 Phone:   (646)812-1828
                                 E-mail:  detmed1@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                                              Chapter 11
-------------------------------------------------------------X
In Re:

                                                                          Case No
DET MEDICAL P.C.


                    Debtor .


-------------------------------------------------------------X

### CERTIFICATION OF CORPORATE RESOLUTION
### AUTHORIZING FILING OF CHAPTER 7 PETITION

        I, Errol Thompson, President of DET MEDICAL P.C. a corporation existing under
the laws of New York and having its principal place of business at 175-67 Hillside Avenue,
Jamaica, NY 11432, hereby certify that the following is a true copy of a resolution adopted, in
accordance and by DET MEDICAL P.C. authority and Title to pursue relief including to file
for bankruptcy and defend any and all actions affecting the Corporation's interest, business or
property or take action in the interest of its's owner/officer(s) including executing and assuming
all property interest, claims, defenses and liens either in the name of the Corporation or in it's
Corporate officers.

    **RESOLVED**: That the Corporation approves the filing of the Chapter 11 petition as was or
will be submitted to the United States Bankruptcy Court Eastern District of New York;

    **RESOLVED**: That Errol Thompson is hereby authorized to sign on behalf of the
Corporation any schedules and forms;

    **RESOLVED FURTHER**: That the president, Errol Thompson is hereby authorized and
directed to certify to any interested party that this resolution has been duly adopted, is in full
force and effect and is in accordance with the provisions under the Corporate, Charter, Articles,
bylaws resolutions etc.
I further certify that this Corporation is existing, and has the powers to take the action called for
by the following resolution.


_____              _____02/14/2023_____
Errol Thompson -President                                   Date




Witness my hand Seal of this Corporation
On this __14__ day of __Feb__ 2023

**UNITED STATES  BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

In Re:

DET MEDICAL P.C.

Case No: _____

Chapter 11

Petitioner

----------------------------------------------------------------X

### AMENDED VERIFICATION OF CREDITOR MATRIX / LIST OF CREDITORS

The undersigned debtor/petitioner hereby verifies that the creditor matrix/list of creditors presented herein is true and correct to the best of my knowledge.


Dated: 2/14/2023
Central Islip, New York



_____
DET MEDICAL P.C.
Errol  Thompson- President

Shelly  Estates Group LLC
175- 61 Hillside Avenue
Jamaica, NY 11432

APYX MEDICAL Corporation
5115 Ulmerton Road
Clearwater, FL 33760

Richard  E. McCoy
241-04 Hillside Avenue
Bellerose, NY 11426